| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 1854 1020 | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature  X   APRIL GUSS | ☐ Agent  ☐ Addressee |
| | D. Is delivery address different from item 1?  If YES, enter delivery address below: | ☐ Yes  ☐ No |
| 3. Service Type   **CERTIFIED MAIL** | | |
| 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |

1. Article Addressed to:

Monsanto Company
c/o CSC - Lawyers Incorporating Service
Post Office Box 526036
Sacramento, CA 95852-6036

Lancaster, et al  3:08-cv-01856

PS Form 3811, January 2005            Domestic Return Receipt