1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              MDL NO. 1699
    MARKETING SALES PRACTICES AND          District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*    STIPULATION AND ORDER OF
    (06-2273 CRB)                                          DISMISSAL WITH PREJUDICE
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1   *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
    (06-2605 CRB)
2
    *Ozzie Jackson vs. Pfizer Inc, et al.*
3   (06-2274 CRB)

4   *Ronald Jacoby vs. Pfizer Inc, et al.*
    (07-4689 CRB)
5
    *Kathy Jewell vs. Pfizer Inc, et al.*
6   (07-1355 CRB)

7   *Dorothy Johnson vs. Pfizer Inc, et al.*
    (06-5039 CRB)
8
    *Billie Jean Johnstone vs. G.D. Searle LLC, et*
9   *al.*
    (07-4549 CRB)
10
    *John R. Jones vs. Pfizer Inc, et al.*
11  (06-3899 CRB)

12  *Sylvester Jones vs. G.D. Searle LLC, et al.*
    (07-4550 CRB)
13
    *Robert K. Kiser II vs. Pfizer Inc, et al.*
14  (06-4104 CRB)

15  *Frank Klinger vs. G.D. Searle LLC, et al.*
    (05-4739 CRB)
16
    *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
17  (08-2149 CRB)

18  *Vasudev Kulkarni vs. Pfizer Inc, et al.*
    (07-1528 CRB)
19
    *Bertha R. Lacy vs. Pfizer Inc, et al.*
20  (06-7383 CRB)

21  *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et*
    *al.*
22  (08-1856 CRB)

23  *Thomas Lauer vs. Pfizer Inc, et al.*
    (08-2854 CRB)
24
    *Barbara Laver vs. Pfizer Inc, et al.*
25  (08-3705 CRB)

26  *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
    (06-7631 CRB)
27
    *Vickie L. Lewis vs. Pfizer Inc, et al.*
28  (06-4284 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2  *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)

4

5  *Norma Matthias vs. Pfizer Inc, et al.*
   (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)

7

8  *William D. McCluskey vs. Merck & Co. Inc, et al.*
   (07-3342 CRB)

9

10  *Phyllis McCord vs. G.D. Searle LLC, et al.*
    (05-4738 CRB)

11  *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
    (07-1317 CRB)

12

13  *Vince Mejer vs. Pfizer Inc, et al.*
    (07-0237 CRB)

14  *James Byron McVay vs. Pfizer Inc, et al.*
    (07-0861 CRB)

15

16  *Alfred Melton vs. Pfizer Inc, et al.*
    (06-2745 CRB)

17  *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)

18

19  *Wilmer Merriweather vs. G.D. Searle LLC, et al.*
    (05-4452 CRB)

20

21  *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
    (06-6588 CRB)

22  *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)

23

24  *Linda Mirza vs. Pfizer Inc, et al.*
    (06-3818 CRB)

25  *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)

26

27  *Henry C. Morris vs. Pfizer Inc, et al.*
    (06-3686 CRB)

28  *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

1  (09-0891 CRB)

2  *Patsy Murry, et al. vs. Pfizer Inc, et al.*
   (06-7438 CRB)

3

   *Ed Narke vs. Pfizer Inc, et al.*
4  (08-0260 CRB)

5  *Dian C. Neal vs. Pfizer Inc, et al.*
   (06-3900 CRB)

6

   *Rosa M. Nelson vs. Pfizer Inc, et al.*
7  (06-2275 CRB)

8  *Cliff Norwood vs. G.D. Searle LLC, et al.*
   (05-4451 CRB)

9

   *Floyd Odom vs. Pfizer Inc, et al.*
10 (07-5885 CRB)

11 *Joan J. Opel vs. Pfizer Inc, et al.*
   (07-4372 CRB)

12

   *Mary Osteen vs. Pfizer Inc, et al.*
13 (06-6928 CRB)

14 *Elvis Owens, et al. vs. Pfizer Inc, et al.*
   (06-5002 CRB)

15

   *James Curtis Owens vs. Pfizer Inc, et al.*
16 (06-1669 CRB)

17 *Marvin Palmer vs. Pfizer Inc, et al.*
   (06-6499 CRB)

18

   *Albert Pearson vs. G.D. Searle LLC, et al.*
19 (05-4455 CRB)

20 *R.V. Perkins vs. Pfizer Inc, et al.*
   (08-3699 CRB)

21

   *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
22 (05-4492 CRB)

23 *Kirk Redenius vs. Pfizer Inc, et al.*
   (06-4901 CRB)

24

   *Linda Redinger vs. Pfizer Inc, et al.*
25 (07-0454 CRB)

26 *Tammy L. Ribble vs. Pfizer Inc, et al.*
   (06-7283 CRB)

27

   *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
28 (06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2 *Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

3

4     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7 each side bearing its own attorneys' fees and costs.

8

9     DATED: 10·16 2009     By: Plaven Ward F.

10

11     **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street

12     P.O. Box 4160
Montgomery, Alabama 36103

13     Telephone: 334-269-2343
Facsimile: 334-954-7555

14     *Attorneys for Plaintiffs*

15

16     DATED: Oct. 19, 2009     By:

17

18     **DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020

19     Telephone: 212-335-4500
Facsimile: 212-335-4501

20     *Defendants' Liaison Counsel*

21

22

23     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

24

25

26     Dated: 10/22/2009

27     Hon. Charles R. Breyer
United States District Court

28

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42579891.1